## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISRAEL GOMEZ-ALAMANZA,           :        CRIM. ACTION NO. 10-CR-67
    Petitioner,                   :

v.                                        CIVIL ACTION NO. 11-CV-7114

UNITED STATES OF AMERICA,
    Respondent.

FILED

MAY 13 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 13 day of May , 2013, after review of the Report and

Recommendation of United States Magistrate Judge Lynne A. Sitarski dated April 24, 2013, and

any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's *Pro Se* Motion to Vacate, Set Aside, or Correct Sentence filed Pursuant to

28 U.S.C. § 2255 (Doc. No. 27) is DENIED.

BY THE COURT:

_____
C. DARNELL JONES, II, J.